**MEMO ENDORSED**

[RECEIVED MAR 1 8 2008 CHAMBERS OF LEONARD B. SAND]

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 17, 2008

By Hand

Leonard B. Sand
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-18-08]

    Re: **Angel Quiles v. Barnhart**
         **07 Civ. 11320 (LBS)**

Dear Judge Sand:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing to respectfully request an extension of time to answer the complaint.

    On February 19, 2008, this Office wrote to plaintiff <u>pro se</u> to request his consent for an extension of time to respond to the complaint because I had not yet received the administrative record. I have since received the record, but I have not been able to review it due to the press of work. Therefore, I respectfully request a sixty-day extension of time from March 17, 2008, to May 16, 2008, to answer or move with respect to the complaint.

    Plaintiff did not respond to our written request for an extension of time. We did not make any further attempt to reach plaintiff because he did not provide a telephone number at which he could be reached.

**MEMO ENDORSED**

COPIES MAILED TO ALL PARTIES
3-18-08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Angel Quiles
    Plaintiff pro se (By Regular Mail)

*Extension granted as requested. So ordered. Sand 3/18/08 USDJ*

**MEMO ENDORSED**