**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 16, 2008

By Hand

Leonard B. Sand
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

  Re: **Angel Quiles v. Barnhart**
    **07 Civ. 11320 (LBS)**

Dear Judge Sand:

  This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of defendant's answer, I encountered several issues that require that I seek additional information from the Agency. Because the information that the Agency will provide likely will affect defendant's response to the complaint, I will be unable to file the answer by today, May 16, 2008. Therefore, with the consent of plaintiff <u>pro se</u>, I respectfully request a thirty-day extension of time from May 16, 2008, until June 16, 2008 (June 15, 2008 falls on a Sunday), to respond to the complaint.

  This is defendant's second request for an extension of time, as the answer was originally due on March 17, 2008. Plaintiff pro se has not provided a telephone number at which he could be reached. Therefore, we were unable to contact him about this request.

MEMO ENDORSED

MEMO ENDORSED

COPIES MAILED TO ALL PARTIES
5-19-08   97

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Angel Quiles
    Plaintiff pro se (By Regular Mail)

*Extension granted as requested.*

*So ordered.*

*[signed] Sand USDJ*
*5/19/08*

**MEMO ENDORSED**